# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AHMED MOTIWALA, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | No. 1:17-cv-02445 |
| ) | Hon. Harry D. Leinenweber |
| v. ) ) | |
| ) | Mag. Jeffrey T. Gilbert |
| MARK D. GUIDUBALDI & ASSOCIATES, LLC, d/b/a PROTECTION LEGAL GROUP, ) ) ) ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Plaintiff Ahmed Motiwala ("Plaintiff") and Defendant Mark D. Guidubaldi & Associates, LLC d/b/a Protection Legal Group ("Defendant") (each a "Party," collectively the "Parties") have entered into an individual settlement agreement relating to Plaintiff's individual claims. Pursuant to Fed. R. Civ. P. 41(a)(1), the Parties stipulate to dismissal of this action as follows:

1. Plaintiff's individual claims are dismissed with prejudice.

2. The claims of the putative class members are dismissed without prejudice.

3. Each Party shall bear its own fees and costs incurred in connection with this action.

**It is so Stipulated.**

Dated: October 23, 2018

| | |
|---|---|
| AHMED MOTIWALA, Plaintiff | MARK D. GUIDUBALDI & ASSOCIATES d/b/a PROTECTION LEGAL GROUP, Defendant |
| By: /s/ Theodore H. Kuyper | By: /s/ Timothy F. Burnette |

1

| | |
|---|---|
| Keith J. Keogh (ARDC #6257811)<br>Theodore H. Kuyper (ARDC #6294410)<br>KEOGH LAW, LTD.<br>55 W. Monroe Street, Suite 3390<br>Chicago, Illinois 60603<br>(312) 726-1092<br>(312) 726-1093 (fax)<br>keith@keoghlaw.com<br>tkuyper@keoghlaw.com<br><br>*Attorneys for Plaintiff and the Putative Class* | Timothy F. Burnette (ARDC #6281675)<br>Law Offices of Timothy F. Burnette<br>211 W. Wacker Drive, Suite 300<br>Chicago, Illinois 60605<br>(708) 307-4766<br>tfburnette@hotmail.com<br><br>*Attorney for Defendant* |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that he caused a copy of the foregoing *Stipulation of Dismissal* to be served upon:

        Timothy F. Burnette (tfburnette@hotmail.com)
        Law Offices of Timothy F. Burnette
        211 W. Wacker Drive, Suite 300
        Chicago, Illinois 60605

via electronic filing on this 23rd day of October, 2018.

                                        /s/ Theodore H. Kuyper